# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-0275-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | (ECF No. 25) |
| CHARLES STEWART, | |
| Defendant. | |

Defendant Charles Stewart moves for an order modifying the sentence I imposed on him in this case so that it runs concurrent with his subsequently imposed state court sentence. ECF No. 25. The Government contends that I do not have "supervisory power" to modify the term of imprisonment, citing 18 U.S.C. § 3582(c). However, the Government does not oppose treating Stewart's motion as a motion under 28 U.S.C. § 2255 conceding ineffective assistance of counsel, which would allow me to enter the relief requested. Stewart's counsel has not replied to the Government's argument, which I take to be a consent to that remedy.

The Government concedes that, had Stewart requested that his federal sentence be made to run concurrently with his state court sentence, the Government would not have opposed. ECF No. 26 at 5. Thus, justice dictates that I accept the Government's suggested mechanism to accomplish that result. I thus treat Stewart's motion as a § 2255 motion to resentence Stewart to the same sentence (56 months) but run concurrent to his state court sentence. I grant that motion.

IT IS HEREBY ORDERED that Stewart's motion (ECF No. 25) is recharacterized as a § 2255 motion and is GRANTED. Stewart's original sentence is vacated, and he is now sentenced to 56 months' custody, to be served concurrently with the sentence imposed in Nevada state court

////

////

case number C-17-321504-1. The other terms of the sentence and Judgment are reinstated. A new Judgment will be entered separately.

Dated: October 10, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE