# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>CHARLES STEWART,<br><br>            Defendant. | Case No. 2:16-cr-0275-APG-VCF<br><br>**ORDER FOR GOVERNMENT TO FILE RESPONSE TO PENDING MOTION**<br><br>(ECF No. 30) |

Defendant Charles Stewart has filed a "Motion to Enforce Order" seeking to have me order him remanded to federal custody to serve his sentence. ECF No. 30. The Government is hereby ordered to file a response to that motion by December 14, 2018.

Dated: November 30, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE