# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-0275-APG-PAL |
| Plaintiff, | **ORDER DENYING MOTION TO ENFORCE ORDER** |
| v. | |
| CHARLES STEWART, | (ECF No. 30) |
| Defendant. | |

Defendant Charles Stewart filed a "Motion to Enforce Order" seeking to have me order him transferred to federal custody to serve his sentence. ECF No. 30. As the Government points out, I lack the authority to do so. *See* ECF No. 32. "Once the district court has discharged its sentencing function, the defendant is committed to the custody of the [Bureau of Prisons], which has the authority to . . . designate the facility for service of such sentences." *Reynolds v. Thomas*, 603 F.3d 1144, 1149 (9th Cir. 2010) (citing 18 U.S.C. § 3621(b) *abrogated on other grounds by Setser v United States*, 566 U.S. 231 (2012). By the plain language of 18 U.S.C. § 3621(b), the facility designated by the Bureau of Prisons may include a state-run facility. Thus, I have no authority to enter the relief Stewart requests.

Dated: February 19, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE