# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES STEWART,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00275-APG-PAL<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Initial Appearance currently scheduled for July 15, 2021 at the hour of 2:30 p.m., be vacated and continued to July 29, 2021 at the hour of 11:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

　　　DATED this 15 day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3