RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_nemec@fd.org@fd.org

Attorney for Charles Stewart

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARLES STEWART,<br><br>          Defendant. | Case No. 2:16-cr-00275-APG-PAL<br><br>ORDER TO CONTINUE INITIAL APPEARANCE<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, Acting United States Attorney, and Andrew Duncan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Charles Stewart, that the Initial Appearance currently scheduled on November 4, 2021, be vacated and continued to Monday, November 8, 2021.

This Stipulation is entered into for the following reasons:

1. Mr. Stewart cannot appear on November 4, 2021 because of his physical condition, but estimates he will recover by November 8, 2021.

2. Mr. Stewart cannot assist counsel in preparation for the hearing because of his physical condition.

3. Defendant is in custody and agrees to the continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 4th day of November 2021.

RENE L. VALLADARES
Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney


By: /s/ Benjamin F. J. Nemec
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender

By: /s/ Andrew Duncan
ANDREW DUNCAN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES STEWART,<br><br>Defendant. | Case No. 2:16-cr-00275-APG-PAL<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Initial Appearance currently scheduled on November 4, 2021 at the hour of 2:30 p.m., be vacated and continued to November 8, 2021 at 2:30 p.m., in Courtroom 3B.

DATED this 4th day of November 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS